STEVEN S. ALM
United States Attorney
District of Hawaii

ELLIOT ENOKI
First Assistant U.S. Attorney

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| UNITED STATES OF AMERICA, | ) CR. NO. CR00-00198 HG |
|---|---|
| Plaintiff, | ) |
| vs. | ) INDICTMENT |
| THOMAS SCOTT WUSCHER | ) [21 U.S.C. §841(a)] |
| Defendant. | ) |

INDICTMENT

COUNT 1

The Grand Jury further charges:

On or about April 27, 2000, in the District of Hawaii, THOMAS SCOTT WUSCHER, the defendant, did knowingly and intentionally distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(C).

## COUNT 2

The Grand Jury further charges:

On or about April 27, 2000, in the District of Hawaii, THOMAS SCOTT WUSCHER, the defendant, did knowingly and intentionally possess with intent to distribute cocaine, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1).

## COUNT 3

The Grand Jury further charges:

On or about April 27, 2000, in the District of Hawaii, THOMAS SCOTT WUSCHER, the defendant, did knowingly and intentionally possess with intent to distribute 5 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

//
//
//
//
//

All in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B).

DATED: May 10, 2000, at Honolulu, Hawaii.

A TRUE BILL

/s/

FOREPERSON, GRAND JURY

_____
STEVEN S. ALM
United States Attorney
District of Hawaii

_____
ELLIOT ENOKI
First Assistant U.S. Attorney

_____
KENNETH M. SORENSON
Assistant U.S. Attorney